## SALTAR *against* ADMINISTRATOR OF SALTAR.

When statute of limitations pleaded, leave given to add a count stating a promise by administrator.

*R. Stockton* moved to add a count to the declaration, stating a promise made by the administrator, the statute of limitations having been pleaded to the declaration on a promise by intestate.

*Griffith,* for defendant, said he was not prepared to oppose it; if the application was correct the court would of course grant it.

*Per Curiam.* We think the application right, and that it ought to be granted.

Motion granted.

NOTE.—In Massachusetts it has been held, in a case of this kind, that a special count laying a promise to an administrator is unnecessary, (*Baxter* v. *Penniman,* 8 *Mass.* 133) though it is required in the English practice. *Dean* v. *Crane,* 1 *Salk.* 28.